**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00931-REB

ANTHONY ANDERSON,

    Applicant,

v.

WARDEN STEVE HARTLEY, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

**Blackburn, J.**

    After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

    ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of in *People v. Anderson*, Denver District Court Case No. 97CR3720, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

    FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Denver Court, City and County of Denver
                Attention: Celeste Bell
                1437 Bannock
                Room 38

    Denver, CO 80202

(2)  Assistant Solicitor General
    Appellate Division
    Office of the Attorney General
    1525 Sherman Street
    Denver, Colorado  80203; and

(3)  Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado  80202.

Dated June 24, 2011, at Denver, Colorado.

                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge