**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn**

Civil Action No. 11-cv-00931-REB

ANTHONY ANDERSON,

    Applicant,

v.

WARDEN STEVE HARTLEY, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER DENYING COMBINED MOTION

**Blackburn, J.**

This matter is before the Court on the **Combined Motion [for] Reconsideration for Counsel, Sanctions for late filing of brief [and] extension of time to file** [#22][1] submitted by Applicant, Anthony Anderson, on August 15, 2011.  For the reasons previously stated in the Court's July 8, 2011, order [#17], the Court will deny the motion for reconsideration of the order denying the appointment of counsel as premature.

As the Court informed Mr. Anderson in the July 8 order, the decision to appoint counsel is left to the sound discretion of the district court. ***See Swazo v. Wyoming Dep't of Corr.***, 23 F.3d 332, 333 (10th Cir. 1994); ***see also Williams v. Meese***, 926 F.2d 994, 996 (10th Cir. 1991).  There is no absolute right to appointment of counsel in habeas corpus or civil rights actions.  ***Swazo***, 23 F.3d at 333.  "[T]here is a right to

---

[1] [#22] is the convention I use to identify the docket number assigned to this specific paper by the Court's electronic case filing and management system (CM/ECF).

counsel in a habeas case when the district court determines that an evidentiary hearing is required." *Id.* However, the Court has not yet determined that an evidentiary hearing is required in the instant action. Therefore, the Court will deny Mr. Anderson's motion to reconsider the order denying him the appointment of counsel as premature. In addition, Mr. Anderson's request for an extension of time of 120 days in which to file a brief in support of his request for counsel will be denied. If the Court determines that Mr. Anderson should be appointed counsel, the Court will do so.

To the extent Mr. Anderson seeks sanctions against Respondents for their failure to file an answer to claims one, two, and five in a timely manner, the request will be denied.

Finally, pursuant to the June 24, 2011, Order to Dismiss in Part and for Answer, Mr. Anderson has thirty days from the filing of the answer in which to file a reply, if he desires. The answer was filed on August 5, 2011.

**THEREFORE, IT IS ORDERED** that the **Combined Motion [for] Reconsideration for Counsel, Sanctions for late filing of brief [and] extension of time to file** [#22] submitted by Applicant, Anthony Anderson, on August 15, 2011, is denied.

Dated August 16, 2011, at Denver, Colorado.

**BY THE COURT**:

\

Robert E. Blackburn
United States District Judge

2